AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:21-mj-79-01-AJ
)
three locations at the property commonly known as 33 )
Route 4A, Wilmot, New Hampshire )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Please see attachment A.

located in the _____ District of ____New Hampshire____ , there is now concealed *(identify the person or describe the property to be seized)*:
Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | - Possession of a Firearm by a Prohibited Person |
| 21 USC 841(a)(1) | - Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
Please see attached.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ John Forte
*Applicant's signature*

Special Agent John Forte, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** *(specify reliable electronic means)*.

Date: 03/24/2021

*Judge's signature*

City and state: Concord, New Hampshire                Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*